IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard A. Potts, | ) | Case No. 19-23883 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Richard A. Potts, | ) | Related to Document No. 47 |
| Social Security No. XXX-XX-8516 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Admar PA, LLC | ) | |
| And Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on March 8, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Richard A. Potts
4020 Noblestown Road
Oakdale, PA 15071

Admar PA LLC
Attn: Payroll Dept.
1950 Brighton-Henrietta TL Rd.
Rochester, NY 14623

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    March 8, 2021    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965