**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard A. Potts**
  Debtor(s)

Bankruptcy Case No.: 19−23883−GLT
Related Dkt. No. 57
Chapter: 13
Docket No.: 60 − 57
Concil. Conf.: August 26, 2021 at 09:00 AM

### **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, \_\_\_\_\_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____    _____
                 (Date)                                            (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23883-GLT |
| Richard A. Potts | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: hthu | Page 1 of 2 |
| Date Rcvd: Jul 15, 2021 | Form ID: 151 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

**Recip ID       Recipient Name and Address**
db              + Richard A. Potts, 4020 Noblestown Road, Oakdale, PA 15071-1291

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:**

**Name**                                **Email Address**

Brian Nicholas
                                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Jerome B. Blank
                                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

Kenneth Steidl
                                        on behalf of Debtor Richard A. Potts julie.steidl@steidl-steinberg.com
                                        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Mario J. Hanyon
                                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                                        mario.hanyon@brockandscott.com

Office of the United States Trustee
                                        ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: hthu Page 2 of 2
Date Rcvd: Jul 15, 2021 Form ID: 151 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 7