IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Richard A. Potts, | ) Case No 19-23883 GLT |
|     Debtor | ) Chapter 13 |
| | ) Related to Document No. |
| Richard A. Potts, | ) |
| Social Security No. XXX-XX-8516 | ) |
|     Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| Black Diamond Equipment and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     Respondents | ) |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 13, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Black Diamond Equipment
Attn Payroll Dept
732 McClellandtown Rd.
Uniontown, PA 15401


**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee


| | |
|---|---|
| Date of Service: September 13, 2021 | /s/ Kenneth Steidl |
| | Kenneth Steidl, Esquire |
| | Attorney for the Debtors |
| | |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |