IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Richard A. Potts, ) | Case No. 19-23883 GLT |
| *Debtor* ) | Chapter 13 |
| ) | |
| Richard A. Potts, ) | Related to Document No. 24 |
| Social Security No. XXX-XX-8516 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Black Diamond Equipment ) | |
| And Ronda J. Winnecour, Trustee, ) | |
| *Respondent(s)* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 14, 2022, a true and correct copy of the *Amended Order to Pay Trustee Pursuant to Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Richard A. Potts
4020 Noblestown Road
Oakdale, PA 15071


Black Diamond Equipment
Attn Payroll Dept
732 McClellandtown Rd.
Uniontown, PA 15401

**Served by CM/ECF:** Ronda J. Winnecour, Trustee


Date of Service:    September 14, 2022    /s/ Kenneth Steidl
                                                                                                 Kenneth Steidl, Esquire
                                                                                                 STEIDL & STEINBERG
                                                                                                 28th Floor, Gulf Tower
                                                                                                 707 Grant Street
                                                                                                 Pittsburgh, PA 15219
                                                                                                 (412) 391-8000
                                                                                                  PA I.D. 34965