**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD A. POTTS | Case No. 19-23883GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>SANTANDER CONSUMER USA D/B/A<br>CHRYSLER CAPITAL<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS RETURNED. NO EXPLANATION FOR THE REFUND WAS GIVEN. THE CLAIM HAS NOT BEEN AMENDED OR WITHDRAWN.

| | |
|---|---|
| SANTANDER CONSUMER USA D/B/A<br>CHRYSLER CAPITAL<br>PO BOX 961278<br>FT WORTH, TX 76161 | Court claim# 2/Trustee CID# 9 |

The Movant further certifies that on 03/27/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>RICHARD A. POTTS, 4020 NOBLESTOWN ROAD, OAKDALE, PA  15071 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
|---|---|
| ORIGINAL CREDITOR:<br>SANTANDER CONSUMER USA D/B/A CHRYSLER CAPITAL, PO BOX 961278, FT WORTH, TX  76161 | :<br>CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 961275, FT WORTH, TX  76161 |
| NEW CREDITOR: | |