Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Richard A. Potts |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
                                                    (State)

Case number 19-23883-GLT

# Form 4100R
# Response to Notice of Final Cure                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

**Name of creditor:** Lakeview Loan Servicing, LLC          **Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 1683

Property address:    4020 NOBLESTOWN RD ,
                     Number        Street

                     OAKDALE, PA 15071
                     City                State      ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[  ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                         $_____

## Part 3:    Postpetition Mortgage

*Check one:*

[X]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

       The next postpetition payment from the debtor(s) is due on:       11 / 01 / 2024 *
                                                                         MM/DD/YYYY

[  ]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

       Creditor asserts that the total amount remaining unpaid as of the date of this response is:

       a. Total postpetition ongoing payments due:                      (a) $_____

       b. Total fees, charges, expenses, escrow and costs outstanding:  + (b) $_____

       c. Total. Add lines a and b.                                     (c) $_____

       Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                             MM/  DD/  YYYY

*Secured creditor agrees that all payments have been disbursed by the Trustee pursuant to the plan have been received. Debtor is responsible for the post-plan takeover and is currently due for the 11/1/24 through 1/1/2025 payments.

| Debtor 1 | Richard A. Potts | | | Case number *(if known)* | 19-23883-GLT |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;

[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and

[X]   all amounts the creditor contends remain unpaid

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x   **/s/ Christopher Salamone**                          Date 01/16/2025
       Signature

Print       **Christopher Salamone**                          Title Authorized Agent
               First Name          Middle Name          Last Name

Company       Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address       **13010 Morris Rd, Suite 450**
                  Number              Street

                  **Alpharetta, GA 30004**
                  City                State                    ZIP Code

Contact       130-321-7112 → 470-321-7112                          Email csalamone@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**DISTRICT OF PITTSBURGH**

IN RE: Richard A. Potts,                                      CASE NO.: 19-23883-GLT

    Debtors.                                                          Chapter 13

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on ___January 16, 2025___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Richard A. Potts
4020 Noblestown Road
Oakdale, PA 15071

And via electronic mail to:

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Long-GIang Nguyen
Email: petnguyen@raslg.com